United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA M. FOSTER, ) | |
| ) | CIVIL NO.  C08-5145BHS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER FOR EXTENSION OF TIME TO |
| MICHAEL J. ASTRUE, ) | FILE PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's opening Brief shall be filed on or before August 4, 2008, Defendant's Answering Brief shall be filed on or before September 1, 2008, and Plaintiff's Reply Brief shall be filed on or before September 15, 2008.

DATED this 3rd day of July, 2008.

/s/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

Presented by:

S/Michael C.  Blanton,
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  BRIEF- [«F494»] - 1

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055