UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA M. FOSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C08-5145BHS-JKA<br><br><br><br>ORDER |

    Based on stipulation between the parties, it is hereby ORDERED that the scheduling order is amended as follows:

- Defendant's Responsive Brief due October 2, 2008;
- Plaintiff's Reply Brief due October 16, 2008.

    DATED this 28th day of August, 2008.

                                 */s/ J. Kelley Arnold*
                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov

ORDER - [C08-5145BHS-JKA]