UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA M. FOSTER, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL. J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No. 3:08-CV-5145-BHS-JKA <br><br><br> JUDGMENT |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on September 19, 2008.

DATED this 23rd day of September, 2008

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

JUDGMENT - [3:08-CV-5145-BHS-JKA]